IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

IN RE: ORDER REASSIGNING CASES TO
CHIEF DISTRICT JUDGE S. THOMAS ANDERSON

Administrative Order: 2017-11

___

The following matters currently assigned to Senior District Judge J. Daniel Breen are to be reassigned to Chief District Judge S. Thomas Anderson.

IT IS SO ORDERED that the cases listed below are hereby reassigned to Chief District Judge S. Thomas Anderson:

| | |
|---|---|
| 95-10002 | United States v. Ramone Loya |
| 99-10068 | United States v. Ramone Loya |
| 06-10002 | United States v. Jorge Luis Rodriquez |
| 06-10039 | United States v. Adrian Cardenas, Ulisis Cardenas |
| 07-1142 | Morgan v. Astrue |
| 12-1092 | Higgins v. Commissioner |
| 12-1258 | Curtis v. Commissioner |
| 13-1010 | McNeill v. Lowe's Home Centers |
| 13-1028 | Crutchfield v. Commissioner |
| 13-1031 | Penley v. NPC International |
| 13-1033 | Harris v. NPC International |
| 13-1035 | Gunn v. NPC International |
| 13-1036 | Jowers v. NPC International |
| 13-1037 | Redmond v. NPC International |
| 13-1048 | Morris v. Commissioner |
| 13-1158 | Swift v. Commissioner |

| | |
|---|---|
| 13-10056 | United States v. Hassan Moustafa Safa, Mahmoud Moustafa Safa |
| | Sealed CR Case |
| 14-1022 | Alexander v. Byrd |
| 14-1079 | Union University v. Sebelius |
| 14-1138 | Gulley v. Fishing Holdings |
| 14-1162 | Moore v. Parris |
| 14-1182 | Winkfield v. Donahue |
| 14-1210 | Dinwiddie v. Lindamood |
| 14-1222 | Crosby v. Parris |
| 14-1226 | In re Operation Bass |
| 14-1230 | Vizcaino-Ramos v. Chatman |
| 14-1246 | Small v. Lindamood |
| 14-1249 | Fuller v. Lindamood |
| 14-1284 | Lynn v. Donahue |
| 14-1288 | Ware v. Parris |
| 14-1333 | Douglas v. Tennessee |
| 14-1336 | United States v. Aldridge |
| 14-2976 | In re Fishing Holdings |
| 14-10008 | United States v. Oscar Alvarez Franco |
| 14-10073 | United States v. Oscar Alvarez Franco |
| 15-1015 | Ray v. Madison County |
| 15-1039 | James v. A+ Care Solutions |
| 15-1101 | Kirk v. Leibach |

| | |
|---|---|
| 15-1109 | United States Department of Labor v. S P Mart |
| 15-1116 | Amalu v. LSH Transport (Lead Case)<br>Member Cases:    15-1117  Udeozo v. LSH Transport<br>                                15-1175  Hartmann v. LSH Transport<br>                                15-1298  Amalu v. Stevens Transport<br>                                16-1116  Amalu v. Stevens Transport |
| 15-1130 | Hurd v. Parris |
| 15-1139 | Jones v. Phillips |
| 15-1180 | Jackson v. Ford Motor Co. |
| 15-1193 | Carter v. Leibach |
| 15-1207 | Woods v. Donahue |
| 15-1226 | Maitland v. Gibson County |
| 15-1232 | Johnson v. Commissioner |
| 15-1249 | Gauldin v. Tennessee |
| 15-1263 | Davis v. Kohler |
| 15-1275 | Jama v. Boyd & Sons |
| 15-1281 | Miller v. Lindamood |
| 15-1287 | Albea v. Bunn |
| 15-1305 | Davis v. Kohler |
| 15-1309 | Sizemore v. Parris |
| 15-10077 | United States v. Andrew Blake Moorehead |
| | Sealed CR Case |
| 16-1020 | White v. Henderson County |
| 16-1021 | Richardson v. Rent-A-Center |
| 16-1042 | Durham v. Hardin County |

| | |
|---|---|
| 16-1044 | United States v. Butler |
| 16-1051 | United States v. Kellogg Co. |
| 16-1052 | Stevenson v. Perry |
| 16-1053 | Croom v. Perry |
| 16-1071 | Davis v. United States |
| 16-1100 | Burns & McDonnell Engineering v. NDE Global Technical Services GmbH |
| 16-1113 | W.W.M.S. Inc. v. Ohio Security Insurance Co. |
| 16-1125 | ALF v. Jones |
| 16-1127 | United States v. Kincaid |
| 16-1137 | Northend Investors, LLC v. Southern Trust Insurance Co. |
| 16-1143 | Lowe's Home Centers, LLC v. Lucas Innovation, Inc. |
| 16-1165 | Clark v. Tennessee |
| 16-1183 | Tobias v. Casey's General Store, Inc. |
| 16-1214 | Crawford v. Lindamood |
| 16-1216 | KMI Group, Inc. v. Owners Insurance Co. |
| 16-1224 | Curry v. Parris |
| 16-1231 | Gibbs v. Perry |
| 16-1240 | Johnson v. Ford |
| 16-1246 | Chatman v. Colvin |
| 16-1257 | Simmons v. United Stainless, Inc. |
| 16-1258 | Haynes v. Lee |
| 16-1259 | Pewitte v. Leibach |
| 16-1274 | Tyus v. Tennessee |

| | |
|---|---|
| 16-1276 | White v. Leibach |
| 16-1277 | United States v. West Tennessee Construction Services, LLC |
| 16-1290 | Appleyard v. Murphy Oil USA, Inc. |
| 16-1293 | Autry v. Henderson County |
| 16-1300 | Dillon v. Jackson Home Care Services |
| 16-1302 | Seay v. Batts |
| 16-1307 | Presson v. Reinhausen Manufacturing, Inc. |
| 16-1313 | Miller v. Tennessee |
| 16-1317 | Smith v. Colvin |
| 16-1318 | Sutton v. Community Health Systems, Inc. |
| 16-1319 | Torres v. Precision Industries, Inc. |
| 16-1322 | Grand Valley Lakes Property Owners Assoc., Inc. v. Owners Insurance Co. |
| 16-1323 | Cheaves v. Crounse Corp. |
| 16-1324 | Papaleo v. Colvin |
| 16-1325 | George v. City of Brownsville |
| 16-1326 | Vann v. Landstar Inway, Inc. |
| 16-2078 | Progressive Hawaiian Insurance Corp. v. Skiba |
| 16-2337 | Faber v. Ciox Health, LLC |
| 16-2384 | Mitchell v. Eli Lilly & Co. |
| 16-2708 | Lohner v. Lake County |
| 16-2717 | Shaw v. State Farm VP Management Corp. |
| 16-2735 | Manns v. City of Memphis |
| 16-2783 | Lambert v. Perry |

| | |
|---|---|
| 16-2842 | Blackwell v. Auto-Owners Mutual Insurance Co. |
| 16-3018 | Jones v. NSK Steering Systems America, Inc. |
| 16-10037 | United States v. Deandre Pickering |
| 16-10042 | United States v. James Yants |
| 16-10057 | United States v. Willie Merriweather |
| 16-10059 | United States v. Jeffrey Gantt |
| 16-10061 | United States v. Dontoreus Douglas |
| 16-10062 | United States v. Garrett Reynolds |
| 16-10067 | United States v. Demarcus Deon Crawford |
| 16-10080 | United States v. Peter Graves |
| 16-10082 | United States v. William Farrell Russell |
| 16-10089 | United States v. Charles Ray Smith |
| 16-10091 | United States v. Matthew Hope |
| 16-10097 | United States v. Joshua Steakley |
| 16-10101 | United States v. Gregory Marise |
| 16-10102 | United States v. Jeffrey Manley |
| 16-10103 | United States v. Jeremy Seville Hall |
| 17-1004 | Phillips v. Social Security |
| 17-1007 | Cawthon v. Tennessee |
| 17-1008 | Burnette v. Perry |
| 17-1010 | McCurry v. Bells Nursing Home, Inc. |
| 17-1014 | Beaver v. Dollar General Corp. |
| 17-1015 | Roland v. Colvin |

| | |
|---|---|
| 17-1019 | Despain v. Berryhill |
| 17-1021 | Guilfoy v. Parris |
| 17-1022 | Bovina Music, Inc. v. Slide & Ride Saloon, L.L.C. |
| 17-1024 | H&E Equipment Services v. Mysinger |
| 17-1025 | Bland v. The CarlstarGroup, LLC |
| 17-1029 | Meece v. TBDN Tennessee Co. |
| 17-1030 | Waste Services of Decatur, LLC v. Decatur County |
| 17-1031 | Evans v. Frito-Lay, Inc. |
| 17-1032 | Cooper v. Cook |
| 17-1034 | Bond v. IAC Supply Solutions |
| 17-1035 | Clifton v. Patrick |
| 17-1040 | Tennessee v. United States Department of State |
| 17-1045 | Hardin v. Bimbo Bakeries USA, Inc. |
| 17-1048 | Bailey v. Batts |
| 17-2079 | Puckett v. Ward |
| 17-2095 | Hazlehurst v. Centers for Disease Control |
| 17-10003 | United States v. Bernard Cooper, Courtney Cooper, Robert Newsome, Brandon Weddle, Ronricus Chapman, Morgan Bond, Stephen Williams |
| 17-10007 | United States v. Lamiel Lamarus Hunter |
| 17-10008 | United States v. Robert Hutchinson Jr. |
| 17-10009 | United States v. Azavius Shondale Justice |
| | Sealed CR Case |
| 17-10017 | United States v. Joel Anthony Bunch |

17-10018     United States v. John Kevin Phillips

17-10020     United States v. Michael Beamish

17-10021     United States v. Jason Lynn Taylor

17-10022     United States v. Stephanie Anne Strickland

17-10023     United States v. Larry Joe Thompson

17-10025     United States v. Brandon Penny

17-10026     United States v. Kevin Tessandori

17-10027     United States v. Darius Lynn Griggs

ENTERED this 24th day of March 2017.

s/ J. DANIEL BREEN
SENIOR UNITED STATES DISTRICT JUDGE