# EXHIBIT 1(b)

| HealthPort |  HealthPort. INVOICE | Invoice #: 0163671769<br>Date: 2/28/2015<br>Customer #: 469692 |
|---|---|---|

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

**Ship to:**
DIANE ASBRIDGE
BALLIN BALLIN FISHMAN PC
200 JEFFERSON AVE
STE 1250
MEMPHIS, TN 38103-2357

**Bill to:**
DIANE ASBRIDGE
BALLIN BALLIN FISHMAN PC
200 JEFFERSON AVE
STE 1250
MEMPHIS, TN 38103-2357

**Records from:**
REGIONAL ONE HEALTH
877 JEFFERSON AVE
MEMPHIS, TN 38103-2807

Requested By: BALLIN BALLIN FISHMAN PC
Patient Name: FABER RICHARD D
DOB: 
FILE NUMBER:

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 200 | 0.60 | 120.00 |
| Per Page Copy (Paper) 4 | 5 | 0.00 | 0.00 |
| Per Page Copy (Paper) 3 | 45 | 0.85 | 38.25 |
| Per Page Copy (Paper) 1 | 163 | 0.35 | 57.05 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 235.30 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 235.30 |
| Less Payment | | | -235.30 |
| Balance Due | | | 0.00 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days

---

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0163671769

Check # _____
Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

CONFIDENTIAL          CIOX_Faber000044


EXHIBIT 22 Faber