# EXHIBIT 2(b)

| | | | |
|---|---|---|---|
| **HealthPort** |  **HealthPort.** | Invoice #: | **0182201188** |
| P.O. Box 409740 | INVOICE | Date: | **12/8/2015** |
| Atlanta, Georgia 30384-9740 | | Customer #: | **469692** |
| Fed Tax ID 58 - 2659941 | | | |
| (770) 754 - 6000 | | | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| DIANE ASBRIDGE<br>BALLIN BALLIN FISHMAN PC<br>200 JEFFERSON AVE<br>STE 1250<br>MEMPHIS, TN 38103-2357 | DIANE ASBRIDGE<br>BALLIN BALLIN FISHMAN PC<br>200 JEFFERSON AVE<br>STE 1250<br>MEMPHIS, TN 38103-2357 | REGIONAL ONE HEALTH<br>877 JEFFERSON AVE<br>MEMPHIS, TN 38103-2807 |

**Requested By:** BALLIN BALLIN FISHMAN PC  
**Patient Name:** FABER RICHARD DENIS  
**DOB:**  
**ORDER ID:** 2012399

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 200 | 0.60 | 120.00 |
| Per Page Copy (Paper) 4 | 5 | 0.00 | 0.00 |
| Per Page Copy (Paper) 3 | 45 | 0.85 | 38.25 |
| Per Page Copy (Paper) 1 | 1504 | 0.35 | 526.40 |
| Electronic Dlvry Fee | | | 2.00 |
| Subtotal | | | 704.65 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 704.65 |
| Less Payment | | | -704.65 |
| Balance Due | | | 0.00 |

Pay your invoice online at **www.HealthPortPay.com**

**Terms: Net 30 days**

---

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: **0182201188**

Check # _____

Payment Amount $_____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to **www.HealthPortPay.com** or call (770) 754 6000.
Email questions to Collections@healthport.com.

CONFIDENTIAL          CIOX_Faber000052


EXHIBIT 24 Faber