# EXHIBIT 3(c)

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



# HealthPort.
## INVOICE

Invoice #: 0186100957
Date: 2/11/2016
Customer #: 1647625

**Ship to:**
ANDREA M HARRIS
WOLFF ARDIS ATTYS AT LAW
5810 SHELBY OAKS DR
MEMPHIS, TN 38134-7315

**Bill to:**
ANDREA M HARRIS
WOLFF ARDIS ATTYS AT LAW
5810 SHELBY OAKS DR
MEMPHIS, TN 38134-7315

**Records from:**
VANDERBILT UNIVERSITY MED CTR
4560 TROUSDALE DR
STE 101
NASHVILLE, TN 37204-4538

**Requested By:** WOLFF ARDIS ATTYS AT LAW
**Patient Name:** 
**DOB:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Per your request, please let this serve as your fee approval notice for medical records requested from the facility listed above. If you would like to approve this amount please contact a HealthPort representative at **770-754-6000**. If you would like to expedite delivery of your request, please go to **www.HealthPortPay.com** to pay electronically. | | | |
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 20 | 0.85 | 17.00 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 2.08 |
| Subtotal | | | 37.08 |
| Sales Tax | | | 3.43 |
| Invoice Total | | | 40.51 |
| Balance Due | | | 40.51 |

Pay your invoice online at www.HealthPortPay.com

**Please remit this amount : $ 40.51 (USD)**

-----------------------------✂-----------------------------

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0186100957

Check # _____

Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



EXHIBIT
5
Monroe

CONFIDENTIAL

CIOX_Faber000059