# EXHIBIT 4(b)

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000


**INVOICE**

Invoice #: 0187519649
Date: 3/2/2016
Customer #: 1647625

| Ship to: | Bill to: | Records from: |
|---|---|---|
| ANDREA HARRIS<br>WOLFF ARDIS ATTYS AT LAW<br>5810 SHELBY OAKS DR<br>MEMPHIS, TN 38134-7315 | ANDREA HARRIS<br>WOLFF ARDIS ATTYS AT LAW<br>5810 SHELBY OAKS DR<br>MEMPHIS, TN 38134-7315 | VANDERBILT PAT BILLING DEPT<br>719 THOMPSON LANE<br>SUITE 30140<br>NASHVILLE, TN 37204 |

**Requested By:** WOLF ARDIS ATTYS AT LAW  **DOB:** 
**Patient Name:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 10 | 0.85 | 8.50 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 1.64 |
| Subtotal | | | 28.14 |
| Sales Tax | | | 2.60 |
| Invoice Total | | | 30.74 |
| Balance Due | | | 30.74 |

Pay your invoice online at www.HealthPortPay.com

Terms: Net 30 days          Please remit this amount : $ 30.74 (USD)

---

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0187519649

Check # _____
Payment Amount $_____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

CONFIDENTIAL          CIOX_Faber000068


EXHIBIT 6
Monroe