# EXHIBIT 5

| | | | |
|---|---|---|---|
| HealthPort<br>P.O. Box 409740<br>Atlanta, Georgia 30384-9740<br>Fed Tax ID 58 - 2659941<br>(770) 754 - 6000 | <br>**INVOICE** | Invoice #: **0198600613**<br>Date: **8/16/2016**<br>Customer #: **1647625** | |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| WOLFF ARDIS ATTYS AT LAW<br>WOLFF ARDIS ATTYS AT LAW<br>5810 SHELBY OAKS DR<br>MEMPHIS, TN 38134-7315 | WOLFF ARDIS ATTYS AT LAW<br>WOLFF ARDIS ATTYS AT LAW<br>5810 SHELBY OAKS DR<br>MEMPHIS, TN 38134-7315 | VANDERBILT UNIVERSITY MED CTR<br>4560 TROUSDALE DR<br>STE 101<br>NASHVILLE, TN 37204-4538 |

**Requested By:** WOLFF ARDIS ATTYS AT LAW  **DOB:**
**Patient Name:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 1 | 0.85 | 0.85 |
| Per Page Copy (Paper) 2 | 5 | 0.00 | 0.00 |
| Shipping | | | 0.68 |
| Subtotal | | | 19.53 |
| Sales Tax | | | 1.81 |
| Invoice Total | | | 21.34 |
| Balance Due | | | 21.34 |

**Pay your invoice online at www.HealthPortPay.com**

Terms: Net 30 days    **Please remit this amount : $ 21.34 (USD)**

-----------------------------✂------------------------------

HealthPort
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: 0198600613 |
|---|
| Check # _____<br>Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



(901) 763-3336
TELECOPIER:
(901) 763-3376

**WOLFF ARDIS, P.C.**
ATTORNEYS AT LAW
5810 SHELBY OAKS DRIVE
MEMPHIS, TENNESSEE 38134
aharris@wolffardis.com

Of Counsel:
Apperson Crump PLC

Mail

August 2, 2016

**Center for Health Information Management**
**4560 Trousdale Drive.**
**Suite 101**
**Nashville, TN 37204**
**Fax (615) 343-0126**
**ATTN: GARY OR MEGAN**

Re:   Patient:
      Date of Birth:
      Date of Accident:    07/03/2015

To Whom it May Concern:

Please be advised that our office represents Jennifer Monroe and her minor daughter ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ with regard to an atv accident in which she was injured. Enclosed please find a HIPAA compliant medical release authorization executed by Mrs. Monroe. As well as the Client's Letter which originally requested these records. ▮▮▮▮▮▮▮▮▮ was treated at your facility as a result of this accident from July 1, 2015-Current. At your earliest convenience, Please forward a copy of any and all of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮s medical records including but not limited to, radiological films, billing records, CT Scans, X-rays, and MRIs in their native or Dicom format that were taken during that time and any outside records. Provide the records in electronic form on CD in the Adobe Acrobat .pdf format.

Additionally, if you could be certain to certify the authenticity of these records it would be appreciated.

If you have any questions, please feel free to contact me at 901-202-4024. Thank you for your assistance in this matter.

Sincerely,
WOLFF ARDIS, P.C.

Andrea M. Harris
Paralegal

Attachment