# EXHIBIT 6



# CIOX INVOICE
## HEALTH

CIOX Health  
P.O. Box 409740  
Atlanta, Georgia 30384-9740  
Fed Tax ID 58 - 2659941  
(800) 367 - 1500

Invoice #: 0209791467  
Date: 2/7/2017  
Customer #: 1647625

**Ship to:**  
ERIN K BRADLEY  
WOLFF ARDIS ATTYS AT LAW  
5810 SHELBY OAKS DR  
MEMPHIS, TN 38134-7315

**Bill to:**  
ERIN K BRADLEY  
WOLFF ARDIS ATTYS AT LAW  
5810 SHELBY OAKS DR  
MEMPHIS, TN 38134-7315

**Records from:**  
REGIONAL HOSPITAL OF JACKSON  
367 HOSPITAL BLVD  
JACKSON, TN 38305-2080

**Requested By:** WOLFF ARDIS ATTYS AT LAW  **DOB:**  
**Patient Name:**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Reproduction Fee-Paper 0.07 per page | | | 4.27 |
| Mailing Supplies | | | 0.32 |
| Supplies | 61 | 0.05 | 3.05 |
| Shipping | | | 3.29 |
| Subtotal | | | 10.93 |
| Sales Tax | | | 1.07 |
| Invoice Total | | | 12.00 |
| Balance Due | | | 12.00 |

Pay your invoice online at www.healthportpay.com

Terms: Net 30 days                Please remit this amount : $ 12.00 (USD)

------------------------------✂------------------------------

CIOX Health  
P.O. Box 409740  
Atlanta, Georgia 30384-9740  
Fed Tax ID 58 - 2659941  
(800) 367 - 1500

Invoice #: 0209791467

Check # _____  
Payment Amount $_____

**Please return stub with payment.**  
Please include invoice number on check.  
To pay invoice online, please go to www.healthportpay.com  or call (800) 367 1500.  
Email questions to Collections@CIOXHealth.com.

**WOLFF ARDIS, P.C.**
**ATTORNEYS AT LAW**
5810 SHELBY OAKS DRIVE
MEMPHIS, TENNESSEE 38134

(901) 202-4003
TELECOPIER:
(901) 763-3376

Of Counsel:
Apperson Crump PLC

January 30, 2017

VIA FAX: 731-661-2196
Medical Records Department
Tennova McNairy Regional Healthcare Hospital
705 East Poplar Ave.
Selmer, TN 38375

NAME: ▮▮▮▮▮▮▮▮
DOB: ▮▮▮▮▮▮▮▮
SSN: XXX-XX-0896

DATES OF RECORDS REQUESTED: 07/03/2015 to Present

Dear Sir or Madam:

Attached hereto please find an executed medical authorization allowing our office to obtain medical records and bills for treatment provided to Ms. ▮▮▮▮▮▮▮▮

We would appreciate your furnishing to us **any and all XRays, bills, and associated records** in your possession pertaining to the care and treatment of this patient, as well as executing the enclosed Affidavit verifying sad records are those maintained in the ordinary course of your business.

I appreciate your assistance and cooperation in this matter and look forward to receiving this information from you in the immediate future. Should you have any questions concerning any of the above, please do not hesitate to contact me on my direct line at 901-202-4003 or via email at ebradley@wolffardis.com. Thank you again for your help.

Sincerely,

Erin K. Bradley,
Paralegal

/ekb
Enclosures as stated

Certified # 7003090 0001 2420 4899

RECEIVED JAN 30 2017

**HITECH AND HIPAA COMPLIANT AUTHORIZATION FOR THE RELEASE OF PATIENT INFORMATION PURSUANT TO 45 CFR 164.524(c)(4)(I) & 164.508**

TO: **Tennova McNairy Regional Healthcare Hospital**
Name of Healthcare Provider/ Physician, Facility/ Medicare Contractor

**705 East Poplar Ave.**
Street Address
**Selmer, TN 38375**
City, State and Zip Code

RE: Patient Name: ███
Date of Birth: ███
Social Security Number: ███

**ATTENTION:** This is request under the HITECH Act to provide my attorneys with my medical records in electronic format. If you are subject to the HITECH Act, you are prohibited under federal law from billing me or my attorneys for paper copies when an electronic copy has been requested. Federal law provides statutory penalties up to $1.5 million for willful and repeated violations of the HITECH Act. *This request applies to any business associate/ third-part vendor you hire to provide me and my attorneys with copies of my medical records.* Please contact my attorneys (901) 763-3336 if you have questions or concerns about this request.

**RELEASE TO:**

Wolff Ardis, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
901.763.3336 (Phone)
901.763.3376 (Fax)

☑ I authorize and request the disclosure of all protected information for the purpose of review and evaluation in connection with a legal claim. I expressly request that the designated record custodian of all covered entities under HITECH and HIPAA identified above disclose full and complete protected medical information including the following:

☑ All medical records, meaning every page in my record, including but not limited to: office notes, face sheets, history and physical consultation notes, inpatient, outpatient and emergency room treatment, all clinical charts, reports, treatment plans, admission records, discharge summaries, requests for and reports of consultations, documents, correspondence, test results, statements, questionnaires/ histories, correspondence,

photographs, videotapes, telephone messages, and records received by other medical providers.

- ☑ All physical, occupational and rehab requests, consultations and progress notes.

- ☑ All disability, Medicaid or Medicare records including claim forms and record of denial of benefits.

- ☑ All autopsy, laboratory, histology, cytology, pathology, immunohistochemistry records and specimens; radiology records and films including X-Rays, CT scan, MRI, MRA, EMG, Fluoroscopy, bone can, myelogram; nerve conduction study, echocardiogram and cardiac catheterization results; whether in video/ CDs/ films/ reels and reports.

- ☑ All pharmacy/ prescription records including NDC numbers and drug information handouts/ monographs.

- ☑ All billing records including all statements, insurance claim forms, itemized bills, and records of billing to third party payers and payment or denial of benefits for the period **7/3/2015 through present.**

I understand the information to be released or disclosed may including information relating to sexually transmitted diseases, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV), mental health, alcohol and drug abuse, sickle cell anemia, and genetic information. I authorize the release or disclosure of this type of information.

This protected health information is disclosed for the following purposes: **At the request of the individual patient.**

This authorization is given in compliance with the federal consent requirements for release of alcohol or substance abuse records of 42 CFR 2.31, the restrictions of which have been specifically considered and expressly waived.

You are authorized to release my requested records to Wolff Ardis, P.C. My lawyers agree to pay reasonable charges made by you to supply electronic copies of such records. You are directed to deliver all medical records — including radiographic studies — in electronic format, unless such records are not readily producible in electronic format. I understand that copies of radiographic studies I have requested will be billed at reasonable cost of reproducing those studies, if they are not available in electronic format.

I understand the following: See CFR §164.50(c)(2)(i-iii)

   a. I have a right to revoke this authorization in writing at any time, except to the extent information has been released in reliance upon this authorization.

b. The information released in response to this authorization may be re-disclosed to other parties.
c. My treatment or payment for my treatment cannot be conditioned on the signing of this authorization.

Any facsimile, copy or photocopy of this authorization authorizes you to release the records I am requesting be sent to my attorneys. This authorization will expire two years from the date signed below.

_____　　　　1-30-17
Signature of Patient or Legally Authorized Representative　　Date

Jennifer Monroe, mother of ▮▮▮▮▮▮▮▮
Name and Relationship of Legal Authorized Representative to Patient

_____　　　　1/30/2017
Witness Signature　　　　　　　　　　　　　　　Date

3 of 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

███████████████  
               **Plaintiff,**

v.

███████████████      **JURY DEMAND**

               **Defendant.**

## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF _____

COUNTY OF _____

I, _Baleri Cunningham_, am the duly authorized Custodian of Records of _Tennova Healthcare Regional Jackson_ and as such have the authority to certify the attached records. The records attached hereto constitute a true and correct copy of the medical records pertaining to the treatment provided to ███████. The attached records were prepared by the personnel of _THRJ_____ at or near the time of the act, condition or event reported in the records. These records are kept in the course of the regularly conducted business of this office.

_____
CUSTODIAN OF RECORDS

SWORN TO AND SUBSCRIBED before me this _31st_ day of _January_, 2017.

_Shanika N. Smith_
NOTARY PUBLIC

My Commission Expires: _November 20, 2018_

[Notary Seal: SHANIKA N SMITH, STATE OF TENNESSEE, NOTARY PUBLIC, MADISON COUNTY, MY COMMISSION EXPIRES NOVEMBER 20, 2018]

1

**WOLFF ARDIS, P.C.**
ATTORNEYS AT LAW

5810 SHELBY OAKS DRIVE
MEMPHIS, TENNESSEE 38134

(901) 763-3336
(901) 763-3376 (FAX)

## FACSIMILE TRANSMISSION

TO: Medical Records Dept            FAX NO: 731-661-2196
FROM: Erin Bradley                  DATE: Jan 30, 2017
TOTAL PGS (W/coversheet): 6         FILE NO.: 139913.0010

CALL (901) 763-3336 IF TRANSMISSION IS INCOMPLETE

TO TRANSMIT TO WOLFF ARDIS, P.C., FAX (901) 763-3376

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error, and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at (901) 763-3336) and return the original facsimile to us by mail without retaining any copies. Thank you.

WOLFF ARDIS, P.C.