# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **RICHARD FABER, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 2:16-cv-02337-STA-cgc |
| ) | |
| **CIOX HEALTH, LLC, d/b/a** ) | |
| **HEALTHPORT** ) | |
| **TECHNOLOGIES, LLC,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REFERENCE

Before the Court is Defendant's Motion to Exclude the Expert Opinion of Gary K. Smith (ECF No. 68). Plaintiffs have filed their Response in Opposition (ECF No. 99). This matter is hereby **REFERRED** to United States Magistrate Judge Edward G. Bryant (the "Magistrate Judge") for determination. Any objections to the Magistrate Judge's order must be made within fourteen (14) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the Magistrate Judge's order will constitute a waiver of that objection. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED.**

s/ **S. Thomas Anderson**
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: May 11, 2018.