UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **RICHARD FABER, ET AL.,** | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| **CIOX HEALTH, LLC,** | CASE NO: 16-2337-STA-cgc |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order on the Parties Cross-Motions for Summary Judgment entered on July 24, 2018, the Plaintiff's Amended Complaint is hereby Dismissed and judgment in favor of Defendant.**

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 7/24/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk